## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**DARRELL EUGENE SMITH,**

     **Plaintiff,**

**v.**                                                    **Case No.  5:21-cv-224-TKW-MJF**

**JULIE JONES., et al.,**

     **Defendants.**

_____/

## <u>ORDER</u>

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 18). No objections were filed.

Having reviewed Plaintiff's complaint in this case, the Court agrees with the magistrate judge's determination that this action should be dismissed under 28 U.S.C. §§1915(e)(2)(B)(ii) and 1915A(b)(1) because the complaint fails to state a claim on which relief can be granted and the deficiencies in Plaintiff's complaint cannot be cured by amendment.

Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    This case is **DISMISSED with prejudice** under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1) for failure to state a claim.

3.      The Clerk shall close the case file.

**DONE and ORDERED** this 13th day of June, 2022.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**