UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DARRELL EUGENE SMITH,**

    **Plaintiff,**

v.            Case No. 5:21-cv-224-TKW-MJF

**JULIE JONES., et al.,**

    **Defendants.**

                                                 /

## ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 18) and Plaintiff's objections (Doc. 21). The Court reviewed the issues raised in the objections de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review the Court agrees with the magistrate judge's determination that this action should be dismissed with prejudice under 28 U.S.C. §§1915(e)(2)(B)(ii) and 1915A(b)(1) because the complaint fails to state a claim on which relief can be granted and the deficiencies in the complaint cannot be cured by amendment because the claims he seeks to assert are plainly barred by the statute of limitations.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED with prejudice** under 28 U.S.C. §§1915(e)(2)(B)(ii) and 1915A(b)(1) for failure to state a claim.

3. The Clerk shall close the case file.

**DONE and ORDERED** this 21st day of June, 2022.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**